Circuit Court for Harford County
Case No. C-12-CR-23-000367
Argued: October 7, 2025

IN THE SUPREME COURT

OF MARYLAND

No. 22

September Term, 2025

---

DONTE DEMONT STRAND

v.

STATE OF MARYLAND

---

Fader, C.J.,
Watts
Booth
Biran
Gould
Eaves
Killough

JJ.

---

PER CURIAM ORDER

---

Filed: October 10, 2025

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

DONTE DEMONT STRAND

v.

STATE OF MARYLAND

\*   IN THE

\*   SUPREME COURT

\*   OF MARYLAND

\*   Pet. No. 92, September Term, 2025

\*   No. 22, September Term, 2025

\*

## ORDER

Upon consideration of the parties' briefs and oral argument, it is this 10th day of October 2025, by the Supreme Court of Maryland,

ORDERED that the writ of certiorari is dismissed with costs as improvidently granted and No. 22, September Term, 2025 is closed in this Court; and it is further

ORDERED that costs are to be paid by Petitioner.

 /s/ Matthew J. Fader
Chief Justice